# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| QUANZHOU ONE PLUS ONE HOUSEWARES CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br><br> AKIVA NOUROLLAH, et al, <br><br> Defendants. | Case No.: CV 19-5162-GW-JPRx <br><br> **ORDER ON JOINT STIPULATION TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS** |

Upon consideration of the parties' Joint Stipulation to Dismiss All Claims Against All Defendants, it is hereby ORDERED by the Court that:

1. The Stipulation is approved in its entirety;
2. Plaintiff's claims against all defendnats are hereby dismissed, with prejudice.
3. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: **SEPTEMBER 17, 2020**

_____
THE HONORABLE GEORGE H WU
UNITED STATES DISTRICT JUDGE